In the Matter of the Application of Henry Phipps Estates, Petitioner, Respondent, for a Peremptory Order of Mandamus against Paul Moss, Commissioner of

Licenses of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See *Matter of Goelet* v. *Moss, ante,* p. 499, decided herewith.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.